IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 96-50376
Summary Calendar
_____


GARY G. WRIGHT,

Plaintiff-Appellant,

versus

K. C. LOVE, Doctor,
Boyd Unit,

Defendant-Appellee.

_____

Appeal from the United States District Court for the
Western District of Texas
USDC No. W-95-CV-79

_____

October 25, 1996
Before GARWOOD, JOLLY, and DENNIS, Circuit Judges.

PER CURIAM:[*]


Gary Gene Wright, # 612278, appeals from the district court's
order dismissing his civil rights actions as frivolous pursuant to
28 U.S.C. § 1915(e)(2)(B)(i). He argues that Dr. Love was
deliberately indifferent to his serious medical needs in violation
of the Eighth Amendment. We have reviewed the record and Wright's

[*]Pursuant to Local Rule 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in Local Rule 47.5.4.

brief and affirm the district court's dismissal for essentially the reasons adopted by the district court. <u>Wright v. Love</u>, No. W-95-CV-79 (W.D. Tex. Apr. 24, 1996). We do not address Wright's retaliation claim because it does not rise to the level of plain error. <u>See</u> <u>Robertson v. Plano City of Tex.</u>, 70 F.3d 21, 23 (5th Cir. 1995).

Wright presents no legal points arguable on their merits, and the appeal is frivolous. <u>See</u> <u>Howard v. King</u>, 707 F.2d 215, 220 (5th Cir. 1983). Because the appeal is frivolous, it is DISMISSED. <u>See</u> 5th Cir. Rule 42.2. We previously warned Wright in <u>Wright v. Carpenter</u>, No. 95-10951 (5th Cir. Apr. 12, 1996), that further prosecution of frivolous matters in this court would invite the imposition of sanctions and cautioned him to review any pending appeals to ensure that they did not raise frivolous arguments. Wright has not heeded this warning. Accordingly, Wright is barred from filing any <u>pro</u> <u>se</u>, <u>in</u> <u>forma</u> <u>pauperis</u> civil appeal in this court, or any <u>pro</u> <u>se</u>, <u>in</u> <u>forma</u> <u>pauperis</u>, initial civil pleading in any court that is subject to this court's jurisdiction, without the advance written permission of a judge of the forum court; the clerk of this court and the clerks of all federal district courts in this circuit are directed to return to Wright, unfiled, any attempted submission inconsistent with this bar.

APPEAL DISMISSED; SANCTION IMPOSED.